EDWARD P. BATES, Respondent, *v.* FISH BROTHERS WAGON COMPANY, Appellant.

*Bates* v. *Fish Brothers Wagon Co.*, 50 App. Div. 38, affirmed.
(Argued December 9, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Thomas M. Kearney* and *D. A. Pierce* for appellant.

*Frank Hiscock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

UNION BANK, BUFFALO, N. Y., Respondent, *v.* JOHN R. KEIM, Appellant.

*Union Bank* v. *Keim*, 52 App. Div. 135, affirmed.
(Argued December 9, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 5, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Rushmore* for appellant.

*William L. Marcy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J. Dissenting: O'BRIEN, J.